3047290-RJM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HELPING HANDS HOME IMPROVEMENT, LLC, d/b/a as HELPING HAND GENERAL CONTRACTING, LLC as assignee of AKBAR ARAB, <br><br> Plaintiffs, <br><br> v. <br><br> THE ERIE INSURANCE EXCHANGE ACTIVITIES ASSOCIATION, INC., <br><br> Defendant. | Case No.: 3:21-cv-00008 <br><br> Judge: Aleta A. Trauger <br><br> JURY DEMAND |

**PLAINTIFF'S MOTION TO SET THIS MATTER FOR A SETTLEMENT CONFERENCE**

COMES NOW the plaintiff, Helping Hands Home Improvement LLC, d/b/a Helping Hands General Contracting, LLC, as assignee of Akbar Arab, by and through its attorneys, SmithAmundsen LLC, and in support of its motion to set this matter for a settlement conference, states as follows:

1. Local Rule 16.04(b) allows a judge who is assigned to the case to schedule a settlement conference as part of a case management order or as a result of discussions during a case management conference with or without consent of any or all parties. A party may file a motion requesting a settlement conference, if a settlement conference is not otherwise provided in the case management order.

2. The case management order in this case did not provide for a settlement conference. (DE 17).

3. On or about April 5, 2021, this court set this matter for a jury trial to commence on July 15, 2022. (DE 18).

4. This case did not proceed to trial on July 15, 2022, in light of the court's trial schedule with the matter being continued to be reset by later order of the court. (DE 68).

5. On or about June 23, 2021, the parties agreed to an early mediation in this matter and mediated this case with John I. Houseal, Jr., of Glankler Brown. The case did not resolve subsequent to this mediation.

6. On or about June 1, 2022, the court ordered the parties to engage in a private mediation. (DE 64).

7. The parties in good faith participated in a private mediation with John I. Houseal, Jr., on June 20, 2022. The mediation did not result in a settlement. However, the parties made significant progress in working towards a settlement at the mediation.

8. Defendant's counsel and plaintiff's counsel, agree that the parties have not yet reached an impasse with respect to a resolution of this case. The parties agree that the involvement from the court in assisting the parties in reaching a resolution may lead to a settlement between the parties in this case. The plaintiff requests that this court order that a magistrate conduct a settlement conference with all counsel and all interested individuals having settlement authority present.

9. The plaintiff has conferred with the defendant with respect to this motion pursuant to Local Rule 7.01 and the defendant does not object to this motion.

WHEREFORE, the plaintiff, Helping Hands Home Improvement LLC, d/b/a Helping Hands General Contracting, LLC, as assignee of Akbar Arab, respectfully requests that this court enter an order, ordering the parties to appear before a magistrate for a settlement conference with all individuals with authority to authorize settlement present and that this court grant any other relief it deems appropriate.

SmithAmundsen LLC

By: /s/Raymond J. Melton
Attorney for Plaintiff Akbar Arab

Raymond J. Melton
SMITHAMUNDSEN, LLC
308 W. State St., Suite 320
Rockford, IL 61101
(815) 904-8808
(815) 904-8809-fax
rmelton@salawus.com

Local Counsel    Attorney Randall N. Songstad #18442
Songstad Law Firm P.C.
254 Court Avenue, Suite 505
Memphis, TN 38103
(901) 870-5500

randy@songstadlawfirm.com

3047290-RJM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HELPING HANDS HOME IMPROVEMENT, LLC, d/b/a as HELPING HAND GENERAL CONTRACTING, LLC as assignee of AKBAR ARAB, <br><br> Plaintiffs, <br><br> v. <br><br> THE ERIE INSURANCE EXCHANGE ACTIVITIES ASSOCIATION, INC., <br><br> Defendant. | Case No.: 3:21-cv-00008 <br><br> Judge: Aleta A. Trauger <br><br> JURY DEMAND |

## CERTIFICATE OF SERVICE

Comes Now Plaintiff, Akbar Arab, by and through his attorneys, SmithAmundsen LLC, and does hereby give notice to the Court that on October 18, 2022, the following pleadings have been delivered via e-mail to defendant's counsel of record and as listed below: Plaintiff's Motion to Set this Matter for a Settlement Conference. Further notice is hereby given that the original of this pleading is being retained in the file of plaintiff's counsel.

Attorney Jonathan D. Stewart
Attorney Russell E. Reviere
Rainey, Kizer, Reviere & Bell , P.L.C.
209 East Main Street
Jackson, Tennessee 38301
jstewart@raineykizer.com
rreviere@raineykizer.com

                 SmithAmundsen LLC

            By:   /s/Raymond J. Melton
                    Attorney for Plaintiff Akbar Arab

                    Raymond J. Melton
                    SMITHAMUNDSEN, LLC
                    308 W. State St., Suite 320
                    Rockford, IL 61101

4

(815) 904-8808
(815) 904-8809-fax
rmelton@salawus.com

Local Counsel    Attorney Randall N. Songstad #18442
Songstad Law Firm P.C.
254 Court Avenue, Suite 505
Memphis, TN 38103
(901) 870-5500
randy@songstadlawfirm.com