IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HELPING HANDS HOME IMPROVEMENT, LLC, d/b/a as HELPING HAND GENERAL CONTRACTING, LLC as assignee of AKBAR ARAB, <br><br> Plaintiffs, <br><br> v. <br><br> THE ERIE INSURANCE EXCHANGE ACTIVITIES ASSOCIATION, INC., <br><br> Defendant. | Case No.: 3:21-cv-00008 <br><br> Judge: Aleta A. Trauger <br><br> JURY DEMAND |

## AGREED ORDER OF DISMISSSAL

Came this date the parties, by and through their counsel of record, and informed the Court that the above-captioned cause has been resolved by way of mutual compromise. Therefore, the parties request this Court enter an Agreed Order of Dismissal with Prejudice. The request being well-taken:

IT IS, THEREFORE, ORDERED that the above-captioned cause, bearing case number 3:21-CV-00008 is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
**HONORABLE ALETA A. TRAUGER**
**U.S. DISTRICT JUDGE**

APPROVED FOR ENTRY:

SmithAmundsen LLC


By:    /s/Raymond J. Melton
Attorney for Plaintiff Akbar Arab
Raymond J. Melton
SMITHAMUNDSEN, LLC
308 W. State St., Suite 320
Rockford, IL 61101
(815) 904-8808
(815) 904-8809-fax
rmelton@salawus.com
AND
 Attorney Randall N. Songstad #1844
Songstad Law Firm P.C.
254 Court Avenue, Suite 505
Memphis, TN 38103
(901) 870-5500
randy@songstadlawfirm.com



   s/Russell e. Reviere
Russell E. Reviere (#07166)
Jonathan D. Stewart (#23039)
Attorney for Defendant
Rainey, Kizer, Reviere & Bell , P.L.C.
209 East Main Street
Jackson, Tennessee 38301
jstewart@raineykizer.com
rreviere@raineykizer.com